IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LEROY COLLINS,
:
      Plaintiff-Petitioner,
:
    vs.                            Case No. 3:06cv256
:
WARDEN, CHILLICOTHE          JUDGE WALTER HERBERT RICE
CORRECTIONAL INSTITUTION,  :

      Defendant-Respondent.

---

DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE (DOC. #16) IN THEIR ENTIRETY; PLAINTIFF-PETITIONER'S OBJECTIONS TO SAID JUDICIAL FILING (DOC. #18) OVERRULED; JUDGMENT TO ENTER IN FAVOR OF DEFENDANT-RESPONDENT AND AGAINST PLAINTIFF-PETITIONER; LEAVE TO APPEAL *IN FORMA PAUPERIS* DENIED; CERTIFICATE OF APPEALABILITY DENIED; TERMINATION ENTRY

---

       Pursuant to the reasoning and citations of authority set forth in the Report and Recommendations of the United States Magistrate Judge, filed February 13, 2008 (Doc. #16), as well as upon a thorough review of this Court's file and the applicable law, said Report and Recommendations are adopted in their entirety. The Plaintiff-Petitioner's Objections to said judicial filing (Doc. #18) are overruled. Judgment will be ordered entered in favor of the Defendant-Respondent and against Plaintiff-Petitioner, dismissing the first four grounds for relief in the

Petitioner's Petition for Writ of Habeas Corpus, with prejudice, and the fifth ground for failure to state a claim upon which relief can be granted.

Given that Plaintiff has not made a substantial showing of the denial of a constitutional right and, further, that reasonable jurists would not disagree with the within conclusions, and, further, because any appeal herefrom would be objectively frivolous, Petitioner is denied leave to appeal *in forma pauperis* and denied a Certificate of Appealability.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

|  |  |
|---|---|
| March 17, 2008 | /s/ Walter Herbert Rice <br> WALTER HERBERT RICE <br> UNITED STATES DISTRICT JUDGE |

Copies to:

Leroy Collins, Pro Se
Stephanie L. Watson, Esq.
Thelma Thomas Price, Esq.

Chief Magistrate Judge Michael R. Merz